334

Before the Third Division, January 26, 1956

No. 59697.—Reichard-Coulston, Inc. *v.* United States, protests 266232–K and 266233–K (Boston).

Opinion by Ekwall, J.   The protests were dismissed.

No. 59698.—Bien Trading Co., Inc., and D. C. Andrews & Co., Inc. *v.* United States, protest 265076–K (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiffs was sustained.

No. 59699.—Paul A. Straub & Co., Inc. *v.* United States, protests 211803–K, etc. (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

No. 59700.—Cerruti & Cominelli *v.* United States, protests 255649–K and 258227–K (New York).

Opinion by Johnson, J.   In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protests were dismissed for lack of prosecution.

No. 59701.—Penson & Company *v.* United States, protest 259462–K (New York).

Opinion by Johnson, J.   An examination of the record failing to disclose evidence of compliance with the regulations covering free entry of American merchandise, the protest was overruled.   (*Maple Leaf Petroleum, Ltd.* v. *United States*, 25 C. C. P. A. 5, T. D. 48976, followed.)